| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF KELLY WARREN<br>Kelly Warren, ESQ SBN 98670<br>155 W Badillo Street<br>Covina, CA 91723<br>626-859-1030 Office<br>626-859-1034 Fax<br>kwarren@cpl.net<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES         DIVISION**

| In re:<br><br>RUBEN FLORES<br><br>and<br><br>ELIZABETH PRINGLE<br><br><br><br>Debtor(s). | CASE NO.: 2:12-BK-31749-NB<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE<br>[11 U.S.C. § 506(d)]**<br><br>DATE: 11/8/2012<br>TIME: 2:00 pm<br>COURTROOM: 1545<br>FLOOR: 15 |
|---|---|

1. TO: Hon Judge Neil Bason, Chapter 13 Trustee Kathy A Dockery, Specialized Loan Servicing, Inc LLC and all other interested parties;

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:   ☑ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
                                      ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
                                      ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 9/5/2012

Law Offices of Kelly Warren
Printed name of law firm *(if applicable)*

Kelly Warren
Printed Name of Individual Debtor
or Attorney for Debtor

Signature of Individual Debtor
or Attorney for Debtor

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: Ruben Flores and Elizabeth Pringle                    )

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** Specialized Loan Servicing, Inc. LLC

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:        19226 Riviera Drive
    Unit number:
    City, state, zip code:  Walnut, CA 91789

    Legal description of Property or document recording number (*including county of recording*):

    ☑ See attached page for legal description of Property or document recording number.

2. **Case History:**

    a.  A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on (*specify petition date*): 6/22/2012           .

    b.  ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3. **Grounds for Avoidance of Junior Lien:**

    a.  As of (*date of title review*) 9/1/2012           , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) Nationstar Mortgage (formerly Aurora Bank in the amount of $ 464,506.57           .

    (2) (*Name of holder of 2nd lien*) Specialized Loan Servicing, Inc. LLC       in the amount of $ 182,042.70              ☑ is ☐ is not  to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____  ☐ is ☐ is not  to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 6/29/2012          , Property is worth no more than (*value per valuation/appraisal*) $ 460,000.00            .

    b.  As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) [✓] The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) Aurora Mortgage Statement - 06/09/12 , attached hereto and identified as Exhibit B .

(2) [✓] The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) Specialized Mortgage Statement - 04/29/12 , attached hereto and identified as Exhibit D .

(3) [ ] The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___ .

(4) [✓] The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit C and E

(5) [✓] The value of the Property from paragraph 3(b) is based on (*type of evidence*) Appraisal by Raffaele Cursaro , attached as Exhibit F .

(6) [✓] Debtor submits the attached Declaration(s).

(7) [✓] Other evidence *(specify/identify supplemental evidence)*: Legal Description _____, attached as Exhibit A .

d. **WHEREFORE, Debtor prays that this Court issue an Order granting this Motion and establishing that:**

(1) The Property is valued at no more than (*requested value*) $ 460,000.00 .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's [ ] completion of the chapter 13 plan, or [✓] receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's [ ] completion of the chapter 13 plan, or [✓] receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's [ ] completion of the chapter 13 plan or [✓] receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 4    F 4003-2.4.MOTION

e. ☐ See attached continuation page for additional provisions.

Date: 9/5/2012

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: Kelly Warren
Printed Name of Debtor or Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
155 W. Badillo Street
Covina, CA 91723

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND DECLARATION OF DEBTOR IN SUPPORT OF MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/20/2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Kathy A. Dockery, Chapter 13 Trustee     U.S. Trustee                              Kelly Warren, ESQ
efiling@CH13LA.com                       ustpregion16.la.ecf@usdoj.gov             kwarren@cpl.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On 09/20/2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 09/20/2012, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Judge Neil Bason
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/20/2012          Signature: /s/ Lauren Hoenig

Printed Name: Lauren Hoenig

2. **SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder *(name and address)*<br>Nationstar Mortgage LLC<br>Attn: Jay Bray, CEO<br>350 Highland Drive<br>Lewisville, TX 75067 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br>7009 2250 0003 4929 7809 |
|---|---|---|
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| 2nd lienholder *(name and address)*<br>Specialized Loan Servicing, Inc. LLC<br>Attn: John Beggins, CEO<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br>7009 2250 0003 4929 7786 |
|---|---|---|
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify):* | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| | | |
|---|---|---|
| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| | | |
|---|---|---|
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 8    F 4003-2.4.MOTION

# DECLARATION OF RAFFAELE CURSARO REGARDING OPINION OF VALUE OF DEBTOR(S) REAL PROPERTY

I, Raffaele Cursaro, hereby declare as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify completely thereto.

2. I am a real estate appraiser who conducted the physical inspection and analysis that formed the basis of the Appraisal Report concerning the subject real property located at: 19226 Riviera Drive, Walnut, CA 91789-4206. A copy of said Appraisal Report is attached to this declaration marked as **Exhibit "F"**.

3. I have personally inspected the property. I have no present or contemplated interest in the real estate that is the subject of this Appraisal Report and the fee I receive is in no manner contingent upon the value reported.

4. I have no personal interest or bias with respect to the subject matter of this Appraisal Report of the parties involved.

5. For purposes of this appraisal, market value is defined as:

The most probable price which a property should bring in a competitive and open market under all conditioned requisite to a fair sale, the buyer and seller, each act prudently, knowledgeably and assuming the price definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

A. Buyer and seller are typically motivated;

B. Both parties are well informed or well advised, and each acting in which he/she considers his own best interest;

C. A reasonable time is allowed for exposure in the open market;

D. Payment is made in terms of cash in U.S. Dollars or in terms of financial arrangements comparable thereto; and,

E. The price represents the normal consideration for the property sold unaffected

1 | by special or creative financing or sales concessions granted by anyone associated with the sale.

2 | F. Based upon the analysis presented in the Appraisal Report, it is my opinion that the market value of the subject property, as of June 26, 2012, is $460,000.00.

I declare under penalty of perjury that the above is true and correct.
Executed on 9/19____, 2012 at Rowland Heights____, California.

_____
Raffaele Cursaro
Declarant

---

Declaration of Raffaele Cursaro Re Opinion of Value of Debtors' Real Property

2

In Re: Ruben Flores                              Chapter 13
     Elizabeth Pringle                        Case No.: 2:12-bk-31749-NB

**DECLARATION OF RUBEN FLORES IN SUPPORT OF MOTION TO EVALUATE REAL PROPERTY TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**

1. I am the Debtor in the above-referenced case and I make this Declaration in support of this motion to evaluate real property to avoid a junior lien on my principal residence.

2. As to the following facts, I know them to be true of my own personal knowledge, except as to those matters based on information and belief, and, if called upon to testify in this action, I could and would be able to testify competently thereto.

3. I introduce and offer the documents mentioned below as competent evidence as to the subject matter of the document(s) and the purpose for which they are introduced.

4. I am the owner of the real property located at 19226 Riviera Drive, Walnut, CA 91789-4206 (hereinafter the "Subject Property," legally described as set forth in **Exhibit "A"** attached hereto).

5. I have lived in the Subject Property since 2004.

6. Based on information and belief, I am of the opinion that this real property has a market value of $460,000.00. This opinion is based on the Appraisal Report by Raffaele Cursaro dated June 26, 2012. **(Exhibit "F").**

7. The first deed of trust encumbering the Subject Property was recorded on August 30, 2004, Recorder's Instrument No. 04 2223439, the pages hereto marked as **Exhibit "C".** Based on information and belief, I am of the opinion that the balance owed on this deed of trust to be $464,506.57. This information was obtained from the account statement from Aurora Bank (the account has since been transferred to Nationstar Mortgage), dated 06/19/2012, a copy of which is attached hereto and marked as **Exhibit "B".**

8. The second deed of trust encumbering the Subject Property was recorded on January 11, 2006, Recorder's Instrument No. 06 0064782, the pages attached hereto marked as **Exhibit "E".** Based on information and belief, I am of the

opinion that the balance owed on this deed of trust to be $182,042.70. This information was obtained from the Home Equity Line Statement from Specialized Loan Servicing, LLC, dated 04/29/2012, a copy of which is attached hereto and marked as **Exhibit "D"**.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9-20, 2012 at COVINA, California.

_____
Ruben Flores, debtor

# EXHIBIT A

## LEGAL DESCRIPTION
## 19226 RIVIERA DRIVE
## WALNUT, CA 91789-4206

Lot 37 of Tract No. 39512, in the City of Walnut, County of Los Angeles, State of California, as per map recorded in Book 984 pages 10 through 12 inclusive of maps, in the office of the county recorder of said county.

**EXHIBIT B**

Littleton, CO 80124
www.myAuroraLoan.com

9-704-68725-0001949-001-1-000-010-000-000

364 0018257451534BIL061912
RUBEN FLORES
ELIZABETH PRINGLE
19226 RIVIERA DR
WALNUT CA 91789-4206

## ACCOUNT STATEMENT

Statement Date: 06/19/12

Account Number: 0018257451

Property Address: 19226 RIVIERA DR
WALNUT CA 91789

| Customer Service: | 1-800-550-0508 |
| Loan Counseling: | 1-800-550-0509 |
| Insurance Center: | 1-800-732-6578 |

*See reverse side for hours of operation and other important contact information

### ACCOUNT INFORMATION

Balances as of 06/19/12
- Principal Balance*       $464,506.57
- Escrow Balance           ($1,146.92)
- Suspense Balance         $0.00
- Interest Rate            3.000%

Year-to-Date
- Principal Paid           $3,376.98
- Interest Paid            $6,997.20
- Taxes Paid               $3,059.82

*The principal balance is not the total amount required to pay your loan in full.

### PAYMENT SUMMARY

| Principal and/or Interest | $1,729.03 |
| Escrow | $615.63 |
| Optional Products | $0.00 |
| Misc Fees | $0.00 |
| HUD/Buydown Subsidy | $0.00 |
| Total Monthly Payment | $2,344.66 |

### AMOUNT DUE

| Payment Due Date | 06/01/12 |
| Payment Amount Due | $2,344.66 |
| Past Due Amounts | $2,344.66 |
| Unpaid Late Charges | $86.45 |
| Unpaid Return Check Fees | $0.00 |
| Cumulative Other Fees | $0.00 |
| Cumulative Advances | $0.00 |
| **TOTAL AMOUNT DUE** | **$4,775.77** |
| If Paid After 07/16/12 | |
| Late Charge Amount | $86.45 |
| Total Amount Due | $4,862.22 |

### TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Suspense / Advances / Fees |
|---|---|---|---|---|---|---|---|---|
| Payment | 05/01/12 | 05/31/12 | 2,354.66 | 566.35 | 1,162.68 | 615.63 | | 10.00 |
| Payment | 06/01/12 | 05/31/12 | 86.45 | | | | | 86.45 |
| Late Charge | | 06/18/12 | | | | | | -86.45 |

### IMPORTANT MESSAGES

If you are in bankruptcy or received a bankruptcy discharge of this debt, please refer to the disclosure on the reverse side "Important Information regarding the Fair Debt Collection Practices Act and Bankruptcy Law."

Additional accountings can be requested by the mortgagor, trustor, or vendee, pursuant to Section 2954. Cal. Civ. Code 2954.2. You can view your detailed loan history online at www.myAuroraLoan.com or request an annual statement from Customer Service at 1-800-550-0508.

Your Escrow balance has reached a negative amount. This could result in a possible escrow shortage when your escrow account is analyzed. Call Customer Service with any questions you have regarding your Escrow account.

Switch from paper to an e-statement today!
www.myAuroraLoan.com
Sign in. View. Pay.

Make a payment online. It's fast and easy at www.myAuroraLoan.com. You can also view any available account statements, escrow analysis or year-end statements.

DETACH HERE. Retain this portion of your statement for your records. Please allow 7 to 10 days for postal delivery.

Remit U.S. funds payable to Aurora Bank. Include your loan number on your check. Aurora Bank does not solicit post dated checks. All checks are subject to immediate deposit.

| ACCOUNT NUMBER | PAYMENT DUE DATE | PAYMENT AMOUNT DUE | PAST DUE AMOUNT | TOTAL FEES DUE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0018257451 | 06/01/12 | 2,344.66 | 2,344.66 | 86.45 | 4,775.77 |

Notwithstanding any instructions to the contrary, funds will be applied in the following order as detailed in your loan documents: (1) Interest due; (2) principal due; (3) escrow due; (4) fees due; (5) to reduce your principal balance once your loan is contractually current.

If payment is made after 07/16/12, remit this amount

**LATE PAYMENT**
4,862.22

RUBEN FLORES
ELIZABETH PRINGLE

0/13

☐ Please check here if address, phone #, or e-mail change is indicated on reverse side.

Payment Amount
Additional Principal
Additional Escrow
Late Charges/Fees
Amount Enclosed  $

Aurora Bank FSB

PO BOX 78111
PHOENIX AZ 85062-8111

0018257451  000243111  000234466  000477577

**EXHIBIT C**