| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julie J. Moradi-Lopes<br>10900 183rd Street<br>Suite 270<br>Cerritos, CA 90703<br>(562)741-3938 Fax: (888)408-2210<br>263382<br>julie@oaktreelaw.com | |

☐ Individual appearing without attorney
☒ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Margarita Absulio**<br>**Restito Absulio**<br><br>Debtor(s). | CASE NO.: **2:14-bk-13678-SK**<br>CHAPTER: **13**<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: **05/22/2014**<br>TIME: **8:30 am**<br>COURTROOM: **1575** |
|---|---|

1. TO:**THE HONORABLE BANKRUPTCY JUDGE SANDRA KLEIN, THE CHAPTER 13 TRUSTEE KATHY DOCKERY, GREEN TREE AND ALL OTHER INTERESTED PARTIES**

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

3. **Hearing Location:**
   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: **April 16, 2014**

**Oaktree Law**
Printed name of law firm *(if applicable)*
**Julie J. Moradi-Lopes 263382**
Printed name of Debtor or attorney for Debtor
**/s/ Julie J. Moradi-Lopes**
Signature of Debtor or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                       **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
**(DEBTOR:      Margarita Absulio**
**Restito Absulio     )**

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):**  GREEN TREE

**1. Property at Issue**: Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

   Street address:  **10623 Richeon Ave**
   Unit number: 
   City, state, zip code:  **Downey CA 90241**

Legal description of Property for document recording number *(including county of recording)*:
   **TRACT # 18126 LOT 36 PARCEL # 6249016028**

☐ See attached page for legal description of Property or document recording number.

**2. Case History:**
   a. A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on *(specify petition date)*: **02/27/2014**
   b. ☐ An Order of Conversion to chapter 13 was entered on *(specify date)*: 

**3. Grounds for Avoidance of Junior Lien:**

   a. As of *(date of title review)* **04/14/2014**, the Property is subject to the following liens in the amounts specified securing the debt against the Property, that the Debtor seeks to have treated as indicated:

   (1) *(Name of holder of 1st lien)* **BSI** in the amount of $ **1,105,635.56**.

   (2) *(Name of holder of 2nd lien)* **Green Tree** in the amount of $ **63,685.98** ☒ is ☐ is not to be avoided;

   (3) *(Name of holder of 3rd lien)* _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

   As of *(date of valuation/appraisal)* **03/11/2014**, Property is worth no more than *(value per valuation/appraisal)* $ **600,000.00**.

   b. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

   c. **Evidence in Support of Motion:**

      (1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on *(type of evidence)* **Statement Dated 03/14/2014**, attached hereto and identified as Exhibit **1**.

      (2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on *(type of evidence)* **Statement Dated 12/03/2013**, attached hereto and identified as Exhibit **2**.

      (3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on *(type of evidence)* _____, attached hereto and identified as Exhibit ___.

      (4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit **3**.

      (5) ☒ The value of the Property from paragraph 3(b) is based on *(type of evidence)* **Appraisal Dated 03/11/2014**, attached as Exhibit **4**.

      (6) ☒ Debtor submits the attached Declaration(s).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                        F 4003-2.4.JR.LIEN.MOTION

      (7) ☐ Other evidence *(specify/identify supplemental evidence)*: _____ attached as Exhibit ___.

d. **WHEREFORE, Debtor prays that this court issue an order granting the this motion and establishing that:**

(1) The Property is valued at no more than*(requested value)* $ **600,000.00** .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per the filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

**e.** ☐ See attached continuation page for additional provisions.

Date: **April 16, 2014**                                         Respectfully submitted,

                                                                           **/s/ Julie J. Moradi-Lopes**
                                                                           Signature of Debtor or attorney for Debtor

                                                                           :**Julie J. Moradi-Lopes**
                                                                           Printed Name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                                   **F 4003-2.4.JR.LIEN.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10900 183rd Street
Suite 270
Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):    **Debtor's Motion to Avoid Junior Lien on Principal Residence**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04/16/2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR) efiling@CH13LA.com

Leslie M Klott bankruptcy@zievelaw.com, lklott@zievelaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **04/16/2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**United States Bankruptcy Court
Edward R. Roybal Federal Bldg & Crthse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012**

**Margarita Absulio and Restito Absulio
10623 Richeon Ave
Downey CA 90241**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2014 | Julie J. Moradi-Lopes 263382 | /s/ Julie J. Moradi-Lopes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 4                        **F 4003-2.4.JR.LIEN.MOTION**

**II. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name and Address | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br>**BSI**<br>**12110 SUNSET HILLS ROAD, SUITE 200**<br>**RESTON VA 20190** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>**BSI**<br>**AGENT: CSC LAWYERS INCORPORATING SERVICE**<br>**2710 GATEWAY OAKS DR STE 150N**<br>**SACRAMENTO CA 95833** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>**BSI**<br>**ATTN: Howard Kerr, CEO**<br>**12110 SUNSET HILLS ROAD, SUITE 200**<br>**RESTON VA 20190** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>http://www.bsiamerica.com/en-us/about-bsi/More-about-BSI-Group/BSI-Executive-and-Regional-Management/ | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 2nd lienholder *(name and address)*<br>**Green Tree Servicing LLC**<br>**1400 Landmark Towers**<br>**345 St Peter St**<br>**St. Paul, MN 55102** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>**Green Tree Servicing**<br>**C T CORPORATION SYSTEM**<br>**818 W SEVENTH ST**<br>**LOS ANGELES CA 90017** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>**Green Tree Servicing LLC**<br>**Attn: Officer**<br>345 St. Peter Street<br>St. Paul, MN 55102 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>https://www.gtservicing.com/contactus.html | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 3rd lienholder *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| 3rd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 5                              **F 4003-2.4.JR.LIEN.MOTION**

| | | |
|---|---|---|
| | | Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| 3rd lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

| | | |
|---|---|---|
| Alternative/Additional Address *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| Alternative/Additional Address *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 6                                **F 4003-2.4.JR.LIEN.MOTION**